In the Interest of M.R.U., Plaintiff.

**Missouri Department of Social Services, Respondent,**

v.

**D.U. (Father), Appellant.**

**No. WD 67351.**

Missouri Court of Appeals, Western District.

March 23, 2007.

Scott R. Gum, Liberty, MO, for appellant.

Anne V. Kiske St. Joseph, MO, for respondent.

Before BRECKENRIDGE, P.J., LOWENSTEIN and HOLLIGER, JJ.

***ORDER***

PER CURIAM.

D.U. (Father), appeals the trial court's judgment terminating his parental rights to M.R.U. Because a published opinion

would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).